UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHANGE OF PLEA IN _USA v. Juan Rangel-Rubio_

CRIMINAL NO. _CR417-219_ AT _Brunswick, GA_

_____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT _Juan Rangel-Rubio_, HAVING PREVIOUSLY ENTERED A PLEA OF _not guilty_, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF _guilty_ TO _Count one (1)_ IN THE INDICTMENT.

THIS _19_ DAY OF _March_, 2018.

NOLLE PROSSE AS
TO COUNT(S) _____

_____
Juan Rangel-Rubio  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Richard Darden