# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR417-219**                                    DATE  **05/21/2018**

TITLE  **USA v Juan Rangel-Rubio**

TIMES  **10:35 - 10:45**                                  TOTAL  **10 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**       Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                        Interpreter :  **Willie Chavez**

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Tania Groover | | Richard Darden | |

PROCEEDINGS :  **Sentencing**                            ☑ In Court
                                                          ☐ In Chambers

**Objections : None**
**The Court has read and received the sentencing memorandum as filed by defense.**
**Therefore the Court adopts the findings of fact and conclusions of applicable advisory guidelines**
**and therefore finds total Offense Level 13 / Criminal History I / Guideline 12-18 Months**
**1-3 year supervised release / 5,500 - $55,000 fine / $100 special assessment /**
**No minimum - 10 years maximum**
**Defense 10:37 - 10:39 / Government 10:39 - 10:40 / Defendant 10:40 - 10:41**
**Court - BOP 15 Months / No fine / $100 special assessment / no supervised release /**
**upon release, delivery to customs for deportation proceedings / Not to re-enter the United**
**States unless legally authorized to do so / forfeiture / defense to sign and file**
**notice of post conviction notification / appeal waiver / FCI Jesup to the extent space and**
**security allow.**